SAMUEL ZIRN, Appellant, *v.* CLIFTON N. BRADLEY et al., Defendants, and BOUDINOT ATTERBURY, Defendant-Respondent.

Argued May 23, 1944; decided June 14, 1944.

*Adolph Feldblum* for appellant.

*Neil P. Cullom* and *Henry W. Steingarten* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.